**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00036-RPM

PATRICK CISARIK, individually, and,

EXTERIOR BUILDING SOLUTIONS, INC., a Colorado corporation,

    Plaintiffs,

vs.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation for Dismissal With Prejudice [15], filed on May 11, 2009, it is

ORDERED that inasmuch as a complete resolution of all claims has been concluded, this civil action is hereby DISMISSED, with prejudice, each party to pay her or its own costs and attorney fees under Fed. R. Civ. P. 41(a)(1)(ii).

Dated this 12th day of May, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge